1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11

12

13

14

15

16

MARIO SILVA,

                Petitioner,

       v.

DERRELL ADAMS, Warden,

                Respondent.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 05-4641 GAF(JC)

ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First Amended Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

///

1      IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

2  United States Magistrate Judge's Report and Recommendation, and the Judgment

3  herein on petitioner and on counsel for respondent.

4      LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6  DATED: January 27, 2010

7

8                          _____

9             HONORABLE GARY A. FEESS
                     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28